| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) THOMAS, CLARENCE | 2. Court or Organization UNITED STATES SUPREME COURT | 3. Date of Report 05/13/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) ASSOCIATE JUSTICE | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address U.S. SUPREME COURT I FIRST STREET, N.E. WASHINGTON, D. C. 20543 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____  Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Directors | Horatio Alger Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2009 MAY 14 P 1:20 RECEIVED

Thomas, Clarence

| Name of Person Reporting | Date of Report |
|---|---|
| THOMAS, CLARENCE | 05/13/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting Individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2/2/09 | Creighton University School of Law - teaching | $15,000.00 |
| 2. 10/23/09 | University of Alabama School of Law - teaching | $4,500.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions )*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Creighton University | 2/2 - 2/6/09 | Omaha, NE | Teaching | Transportation/meals and accommodations |
| 2. | Washinton & Lee University | 3/16/09 | Lexington, VA | Speech | Accommodations |
| 3. | University of Minnesota | 4/14 - 4/15/09 | Minneapolis, MN | Teaching | Transportation/meals and accommodations |
| 4. | Churchill Centre | 9/11/09 | San Francisco, CA | Speech | Transportation/meals and accommodations |
| 5. | Washington & Lee University | 9/25/09 | Lexington, VA | Speech | Accommodations |
| 6. | Southern Methodist University | 9/30/09 | Dallas, TX | Lecture | Transportation/meals and accommodations |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMAS, CLARENCE | 05/13/2010 |

| 7. | University of Alabama | 10/23/09 | Tuscaloosa, AL | Lecture | Transportation/meals and accommodations |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMAS, CLARENCE | 05/13/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMAS, CLARENCE | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. MONY Annuity | | None | J | T | | | | | |
| 2. 1/3 int. in rental property at ## 1, 2, & 3, Sav., GA | A | Rent | J | W | | | | | |
| 3. First Trust Corporation - IRA Denver, Colorado | | None | J | T | | | | | |
| 4. AIG Sun America - Jersey City, NJ | | None | J | T | | | | | |
| 5. Ginger, LTD., Partnership | A | Rent | L | W | | | | | |
| 6. Fidelity 403(b) | | None | M | T | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

1. Income Gain Codes      A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes            J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                          P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment                T =Cash Market
(See Column C2)           U =Book Value              V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| THOMAS, CLARENCE | 05/13/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

January 21, 2011

Committee on Financial Disclosure
One Columbus Circle, NE, Suite 2-301
Washington, DC 20544

SELF INITIATED AMENDMENT

Re: Calendar Year 2009 Financial Disclosure Report

To Whom it May Concern:

It has come to my attention that information regarding my spouse's employment required in Part III B. of my financial disclosure report was inadvertently omitted due to a misunderstanding of the filing instructions. Please amend my report to add "2009 – Hillsdale College" in Part III B.

Sincerely,

Clarence Thomas

RECEIVED 2011 JAN 22 P 12: 22

January 21, 2011

Committee on Financial Disclosure
One Columbus Circle, NE, Suite 2-301
Washington, DC 20544

Re: Calendar Year 2008 Financial Disclosure Report

To Whom it May Concern:

It has come to my attention that information regarding my spouse's employment required in Part III B. of my financial disclosure report was inadvertently omitted due to a misunderstanding of the filing instructions. Please amend my report to add "January-October, 2008 – The Heritage Foundation," and "October-December, 2008 – Hillsdale College" in Part III B.

Sincerely,

Clarence Thomas

SELF INITIATED AMENDMENT

RECEIVED 2011 JAN 27 D 12: 22

January 21, 2011

Committee on Financial Disclosure
One Columbus Circle, NE, Suite 2-301
Washington, DC 20544

Re: Calendar Year 2007 Financial Disclosure Report

To Whom it May Concern:

It has come to my attention that information regarding my spouse's employment required in Part III B. of my financial disclosure report was inadvertently omitted due to a misunderstanding of the filing instructions. Please amend my report to add "2007 – The Heritage Foundation" in Part III B.

Sincerely,

Clarence Thomas

SELF INITIATED AMENDMENT

RECEIVED 2011 JAN 22 P 12: 22 FINANCIAL

January 21, 2011

Committee on Financial Disclosure
One Columbus Circle, NE, Suite 2-301
Washington, DC 20544

SELF INITIATED AMENDMENT

Re: Calendar Year 2006 Financial Disclosure Report

To Whom it May Concern:

It has come to my attention that information regarding my spouse's employment required in Part III B. of my financial disclosure report was inadvertently omitted due to a misunderstanding of the filing instructions. Please amend my report to add "2006    The Heritage Foundation" in Part III B.

Sincerely,

Clarence Thomas

RECEIVED 2011 JAN 22 P 12: 22

January 21, 2011

SELF INITIATED
AMENDMENT

Committee on Financial Disclosure
One Columbus Circle, NE, Suite 2-301
Washington, DC 20544

Re: Calendar Year 2005 Financial Disclosure Report

To Whom it May Concern:

It has come to my attention that information regarding my spouse's employment required in Part III B. of my financial disclosure report was inadvertently omitted due to a misunderstanding of the filing instructions. Please amend my report to add "2005 – The Heritage Foundation" in Part III B.

Sincerely,

Clarence Thomas

RECEIVED
2011 JAN 22 P 12: 22
FINANCIAL OFFICE

January 21, 2011

SELF-INITIATED AMENDMENT

Committee on Financial Disclosure
One Columbus Circle, NE, Suite 2-301
Washington, DC 20544

Re: Calendar Year 2004 Financial Disclosure Report

To Whom it May Concern:

It has come to my attention that information regarding my spouse's employment required in Part III B. of my financial disclosure report was inadvertently omitted due to a misunderstanding of the filing instructions. Please amend my report to add "2004 – The Heritage Foundation" in Part III B.

Sincerely,

Clarence Thomas

RECEIVED 2011 JAN 22 P 12: 22 FINANCIAL OFFICE